In re Willie F. SINGLETARY, former Traffic Court Judge Philadelphia County.

Appeal of Willie F. Singletary.

Supreme Court of Pennsylvania.

July 16, 2013.

John S. Summers, Esq., Rebecca Santoro Melley, Esq., Hangley Aronchick Segal Pudlin & Schiller, P.C., Philadelphia, for Willie F. Singletary.

Elizabeth Ann Flaherty, Esq., Robert A. Graci, Esq., PA Judicial Conduct Board, Harrisburg, for Judicial Conduct Board.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of July, 2013, the orders of the Court of Judicial Discipline in this matter are hereby **AFFIRMED.**